

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2021R00999

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 24, 2025

By ECF

The Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Kyler Booker
Criminal Docket No. 22-489 (NRM)

Dear Judge Morrison:

The government respectfully submits this letter to seek an adjournment of defendant Kyler Booker's sentencing hearing, currently scheduled for September 23, 2025.

Counsel for the government has a trial scheduled in another matter, where the defendant there is not waiving exclusions of time under the Speedy Trial Act and the district court has scheduled a trial for the next available date in its calendar. Counsel for the government may still be participating in the scheduled trial on the day of the sentencing hearing in this matter.

Accordingly, on consent of the defendant, the government respectfully seeks an adjournment of the sentencing hearing to the week of October 20, 2025. In consultation with the Court's chambers, the government understands that the following dates and times are convenient for the Court and the parties: Tuesday, October 21, 2025 after 11:00 a.m.; Wednesday, October 22, 2025 after 12:00 p.m.; and Thursday, October 23, 2025 after 12:00 p.m. The government respectfully requests that the Court reschedule the hearing to take place on any of those three days.

In addition, on consent of the defendant, the government respectfully requests that (1) the deadlines for the sentencing letters be adjourned so that the defendant's letter is due three weeks—and the government's letter is due two weeks—before the new sentencing date, and that (2) the deadline for objections to the presentence investigation report be adjourned so that the objections are due four weeks before the new date.

The government thanks the Court for its consideration.

Respectfully submitted,

JOHN NOCELLA, JR.
United States Attorney

By:    /s/ Victor Zapana
Victor Zapana
Assistant U.S. Attorney
(718) 254-7180

cc: Clerk of the Court (NRM) (by E-mail)
Defense counsel (by E-mail)